**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00240-REB-MJW

LEAH ANN LAROWE,

    Plaintiff,

v.

STERLING CRANE, INC./RIDGE CRANE & RIGGING,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation for Voluntary Dismissal With Prejudice of All Claims Against Defendant Sterling Crane, Inc.** [#19], filed August 1, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Voluntary Dismissal With Prejudice of All Claims Against Defendant Sterling Crane, Inc.** [#19], filed August 1, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for August 3, 2007, is **VACATED**; and

2

    4.  That the jury trial set to commence August 20, 2007, is **VACATED**.

Dated August 1, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**